UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION


RANDOLPH CHI,

    Petitioner,

-vs-
                                     Case No.  6:12-cv-388-Orl-28KRS
                            (Criminal Case No.:  6:11-cr-159-Orl-28KRS)

UNITED STATES OF AMERICA,

    Respondent.

_____/

## ORDER

This case involves a motion to vacate, set aside, or correct an illegal sentence pursuant to 28 U.S.C. § 2255 filed by Randolph Chi (Doc. No. 1).  The Court entered an Order requiring the Government to file a response to the section 2255 motion, and, in reply to that Order, Petitioner filed an Unopposed Motion to Grant Relief Requested in Petition filed Pursuant to Title 28 U.S.C. §2255 (the "Unopposed Motion") (Doc. No. 5).

Petitioner alleges one claim for relief in his motion: that the Bureau of Prisons failed to designate him to the Orlando Residential Re-entry Center, which was contrary to the Court's specific order at sentencing.

I.    *Procedural History*

In Criminal Case No. 6:11-cr-159-Orl-28KRS,[1] the Court entered a Judgment In A Criminal Case for Revocation of Probation or Supervised Release (the "Judgment") (Criminal Case Doc. No. 23). Pursuant to the Judgment, Petitioner was adjudicated guilty of certain "violation charge numbers," and he was sentenced as follows: "The defendant is hereby committed to the custody of the Untied States Bureau of Prisons to be imprisoned for a total term of 11 Months at the Residential Re-Entry Center/Dismiss Charities, Orlando, Florida."

III.    *Analysis*

The Unopposed Motion indicates that the Bureau of Prisons has designated Petitioner to a facility in Miami-Dade County, despite the Court sentencing him to a Residential Re-Entry Program in the Orlando area. Petitioner requests that the Court set aside his sentence and schedule a new sentencing hearing in this case. According to Petitioner, the Government does not oppose the relief sought in Petitioner's section 2255 motion.

Under the circumstances, the Court determines that Petitioner's section 2255 motion is granted, that Petitioner's sentence is vacated, and that Petitioner shall be resentenced.

Accordingly, it is hereby **ORDERED AND ADJUDGED:**

---

[1]Hereinafter Criminal Case No. 6:11-cr-159-Orl-28KRS will be referred to as "Criminal Case."

1.     The motion to vacate, set aside, or correct an illegal sentence pursuant to 28 U.S.C. § 2255 filed by Randolph Chi (Doc. No. 1) is **GRANTED** as set forth above.

2.     A re-sentencing hearing shall be scheduled by the Court pursuant to a separate order.

3.     Petitioner's Unopposed Motion to Grant Relief Requested in Petition filed Pursuant to Title 28 U.S.C. §2255 (Doc. No. 5) is **GRANTED** as set forth above.

4.     The Clerk of the Court shall enter judgment accordingly and is directed to close this case.  A copy of this Order and the judgment shall also be filed in criminal case number 6:11-cr-159-Orl-28KRS .

5.     The Clerk of the Court is directed to terminate the § 2255 motion (Criminal Case Doc. No. 30) filed in criminal case number 6:11-cr-159-Orl-28KRS .

6.     Petitioner's Unopposed Motion to Delay Voluntary Surrender Date for A Period of Thirty Days (Criminal Case Doc. No. 36) is **GRANTED**.

**DONE AND ORDERED** in Orlando, Florida, this 2__ day of April, 2012.

JOHN ANTOON II
UNITED STATES DISTRICT JUDGE

Copies to:
OrlP-2 4/2
Counsel of Record